

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**ROBERT K. WILSON**                                                     **PLAINTIFF**

v.                                                            CIVIL ACTION NO. 1:16-CV-214-MTP

**CAROLYN W. COLVIN**                                           **DEFENDANT**

## FINAL JUDGMENT

This matter having come before the Court on the Plaintiff's Motion for Summary Judgment [20], and a decision having been duly rendered by separate Opinion and Order [25], the Court finds that this matter should be dismissed with prejudice.

**The Plaintiff is hereby notified that, pursuant to rule 4(a) of the Federal Rules of Appellate Procedure, he has the right to appeal this Order to the United States Court of Appeals for the Fifth Circuit within thirty (30) days of the entry of the final judgment in this matter.**

IT IS ORDERED AND ADJUDGED that this action is DISMISSED with prejudice.

THIS the 18th day of July, 2017.

                                                                        /s/ Michael T. Parker
                                                                       Michael T. Parker
                                                                       United States Magistrate Judge